# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Dennis L. Smith

**Plaintiff(s)/Petitioner(s)**

vs.

CIVIL ACTION NO. 19-CV-293-JB-MU

**(To be supplied by Clerk of Court)**

M1 Support Services

**Defendant(s)/Respondent(s)**

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Dennis L. Smith                    , a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed *in forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I.   **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**
EEOC dismissal and notice of rights...EEOC charge number 425-2018-01263

II.  **RESIDENCE:**
Your address:  5665 hwy 77 unit D
                                    (Street)
Chipley                      FL                      32428
   (City)                    (State)              (Zip Code)

III. **MARITAL STATUS:**
1. Single ___X___ Married _____   Separated _____   Divorced _____
2. If married, spouse's full name: _____

IV.  **DEPENDENTS:**
1. Number: ___0___
2. Relationship to dependent(s): _____
3. How much money do you contribute toward your dependents' support on a monthly basis?  $ _____

**V.    EMPLOYMENT:**

1.  Name of employer:  M1 Support Services

    a.  Address of employer:  Post Office Box 620069 (Q M Road)

    (Street)

     Fort Rucker                              AL            36362

    (City)                    (State)          (Zip Code)

    b.  How long have you been employed by present employer?

    Years: ___5___          Months ____0____

    c.  Income:  Monthly $_____ or Weekly $_1,400_____

    d.  What is your job title?  Aircraft Avionics Specialist

2.  If unemployed, date of last employment:  April 30 2018

    Amount of salary and wages received per month in last employment:  $ 5,600_____

3.  Is spouse employed? _____ If so, name of employer: _____

    _____

    a.  Income:  Monthly $_____ or Weekly $_____

    b.  What is spouse's  job title? _____

4.  Are you and/or your spouse receiving welfare aid? _____

    If so, amount:  Monthly $_____ or Weekly $_____

**VI. FINANCIAL STATUS:**

1.  Owner of real property (excluding ordinary household furnishings and clothing):

    a.  Description:  NONE_____

    b.  Full Address: _____

    c.  In whose name: _____

    d.  Estimated value - - - - - - - - - - - - - - - - - - - - - - - - - - -          $ _____

    e.  Total amount owed - - - - - - - - - - - - - - - - - - - - - - - -          $ _____

    Owed to: _____          $ _____

    _____          $ _____

    f.  Annual income from property - - - - - - - - - - - - - - - - - -          $ _____

2.  Other assets/property, such as automobiles, boats, motor homes, court judgments, etc.  (If more than two, list information on back):

    a.

| | Asset (1) | Asset (2) |
|---|---|---|
| Make & Model: | 2012 Toyota-Prius Plugin Hybrid | |
| In whose name registered? | Dennis Smith | |
| Present Value of Asset: | $5,500 | |
| Amount owed: | $0.00 | |
| Owed to: | | |

    b.  Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ 106,000_____

    c.  List monies received by you during the last twelve (12) months, or held for you

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession or other forms of self-employment - | $ 0 |
| Rent payments, interest or dividends - - - - - - - - - - - - - - | $ 0 |
| Pensions, annuities or life insurance payments - - - - - - - | $ unknown held |
| Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - - | $ 0 |
| Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - - | $ 0 |
| Tax refunds, Veteran benefits or social security benefits | $ 19,000 |
| Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - | $ 5,700 |

3. Obligations:

| | |
|---|---|
| a. Monthly rental on house or apartment - - - - - - - - - - - - | $ 500 |
| b. Monthly mortgage payments on house - - - - - - - - - - - - | $ |

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

N/A

Other (Explain): _____

3

## VII.  ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

june 12 2019

DATE

SIGNATURE OF PLAINTIFF/PETITIONER

5665 hwy 77 unit D

ADDRESS

Chipley, FL 32428

4

## VIII.    FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion.  The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution.  Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).  I understand that even if I am allowed to proceed *in forma pauperis* or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee $350.00 if your IFP application is granted, or $400.00 if your IFP application is denied for a civil action, $5.00 for a habeas corpus petition, or $505.00 for an appeal.

_____          _____

DATE                             SIGNATURE OF PLAINTIFF/PETITIONER

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution).  I further certify that during the past six months the applicant's average monthly balance was $_____.  I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.  (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_____          _____

DATE                             SIGNATURE OF AUTHORIZED OFFICER

5

PRIORITY MAIL
POSTAGE REQUIRED

Please
Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14-MILl © U.S. Postal Service; July 2013; All rights reserved.

DuPont™ Tyvek®
Protect What's Inside.™

## UNITED STATES POSTAL SERVICE®   Click-N-Ship®



**P**

usps.com
**$9.95**
**US POSTAGE**
Flat Rate Env
Signature
Confirmation

9410 8036 9930 0110 1680 50 0099 5000 0013 6602



06/12/2019     Mailed from 32428     062S0000000313

### PRIORITY MAIL 1-DAY™

DENNIS L SMITH
5665 HIGHWAY 77 UNIT D
CHIPLEY FL 32428-5505

Expected Delivery Date: 06/13/19
Ref#: sdistrictc

**0006**

**SIGNATURE REQUIRED**

**C005**

SHIP
TO: CLERK OF COURT
UNITED STATES DISTRICT COURT SOUTHERN
155 SAINT JOSEPH ST
MOBILE AL 36602-3914

### USPS SIGNATURE TRACKING #



9410 8036 9930 0110 1680 50

Electronic Rate Approved #038555749


UNITED STATES POSTAL SERVICE®


PS00000000058